IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-12-D

| | |
|---|---|
| MICHELE PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MID CAROLINA OB/GYN, et al., ) | |
| ) | |
| Defendants. ) | |

On May 13, 2024, plaintiff Michele Parker filed a motion to amend her amended complaint [D.E. 23]. Defendants consent. See id. at 2. The court GRANTS plaintiff's motion to amend [D.E. 23]. Plaintiff SHALL file her second amended complaint by June 24, 2024. The court DISMISSES AS MOOT the motions to dismiss the amended complaint [D.E. 11, 19].

SO ORDERED. This 19 day of June, 2023.

JAMES C. DEVER III
United States District Judge